(75 South. 706)

ABRAMS v. STATE. (6 Div. 308.)

(Court of Appeals of Alabama. May 29, 1917.)

CRIMINAL LAW ☞1094—APPEAL—AFFIRMANCE ON RECORD IN ABSENCE OF BILL OF EXCEPTIONS.

Where there is no bill of exceptions in the transcript, and no error apparent from the record, the judgment will be affirmed.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2807, 3204.]

Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge.

Marion Abrams, alias, etc., was convicted of grand larceny, and he appeals. Affirmed.

W. L. Martin, Atty. Gen., for the State.

SAMFORD, J. The defendant was indicted in two counts in an indictment charging grand larceny and buying, receiving, or concealing stolen property, and from a judgment of conviction for grand larceny, he appeals.

There is no bill of exceptions in the transcript, and we find no error in the record, and the judgment of the lower court is affirmed.

Affirmed.